# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-mj-00556-VCF-1 |
| Plaintiff, | **ORDER** |
| vs. | |
| RONALD BRUCE MYERS, | **(Motions to Dismiss, to Proceed *Pro Se*, and for |
| Defendants. | Hearing #9, #10, and #11)** |

Before the courts are defendant Ronald Bruce Myers' Motions to Proceed *Pro Se,* to Dismiss Counsel, and for Hearing. (#9, #10, and #11).

**A.  Background**

On August 8, 2012, defendant Myers made his initial appearance before the undersigned Magistrate Judge. (#3). Defendant Myers was detained, remanded to custody, and held to answer in the Eastern District of Washington. *Id.* During the hearing, Brian Abbington of the Federal Public Defender's Office was appointed to represent defendant Myers. (#4). On the same day, defendant Myers signed an assertion of right to have counsel, the right to remain silent, and request to have counsel present during questioning. (#5). On September 7, 2012, defendant Myers filed the instant motions (#9, #10, and #11) on his own behalf.

**B.  Relevant Law/Discussion**

Pursuant to Local Rule IA 10-6, "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Since defendant Myers is represented by Brian Abbington of the

Public Defender's Office, he is not permitted to file motions with the court on his own behalf. The motions (#9, #10, and #11) are denied *without prejudice*.

Accordingly and for good cause shown,

IT IS ORDERED that defendant Ronald Bruce Myers' Motions to Proceed *Pro Se*, to Dismiss Counsel, and for Hearing (#9, #10, and #11) are DENIED *without prejudice*.

DATED this 13th day of September, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE