# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-mj-00556- VCF |
| Plaintiff, | **ORDER** |
| vs. | [Defendant's Motion to Alter or Amend Judgment. (#25).] |
| RONALD BRUCE MYERS, | |
| Defendant. | |

Before the Court is Defendant's Motion to Alter or Amend Judgment. (#25).

On August 10, 2012, Ronald Bruce Myers appeared in this court, in custody, pursuant to a warrant issued by the Eastern District of Washington, Case 2:04-cr-173-FVS (#'s 1 & 3). He was held to answer on that case and on August 15, 2012, was committed to the Eastern District of Washington.

Thereafter, Mr. Myers sent a letter and filed motions with the court seeking return of certain property. Initially his requests were denied without prejudice (#13). Thereafter this court received the transmittal return from the Eastern District of Washington (#15) and this case was closed.

Thereafter, Mr. Myers filed more motions with this court requesting return of property and they were stricken (#'s23 & 24).

Now Mr. Myers has filed a Motion to Alter or Amend Judgment (#25), arguing that this court has the authority to order the return of property.

The fact remains that Mr. Myers is a defendant under sentence in Case Number 2:04-cr-173-FVS. His only contact with this court arose from the warrant issued by the Eastern District of

1 | Washington. The case opened in this court to process that warrant has been closed. This court has no
2 | jurisdiction over Mr. Myers or the property at issue.
3 |     Accordingly, the Motion to Alter or Amend Judgment (#25) is DENIED.
4 |     DATED this 2nd day of October, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE